# UNITED STATES COURT OF APPEALS FOR THE FEDERAL CIRCUIT

IN RE FOUNDATIONS WORLDWIDE, INC., AND JOSEPH A. LAWLOR

Miscellaneous Docket No. 159

## ENTRY OF APPEARANCE

(INSTRUCTIONS: Counsel refer to Federal Circuit Rule 47.3. File this form with the clerk and serve it on the principal attorney for each party.)

Please enter my appearance (select one):
    ___ Pro Se     _x_ As counsel for: Foundations Worldwide, Inc., and Joseph A. Lawlor

I am, or the party I represent is (select one):
    _x_ Petitioner ___ Respondent      ___ Amicus Curiae
    ___ Appellant ___ Appellee      ___ Intervenor

As amicus curiae or intervenor, this party supports (select one):
    ___ Petitioner or appellant      ___ Respondent or appellee

My address and telephone are:
| | |
|---|---|
| Name: | James Juo |
| Law Firm (counsel only): | FULWIDER PATTON LLP |
| Address: | 6060 Center Drive, Tenth Floor |
| City, State, and ZIP: | Los Angeles, CA 90045 |
| Telephone: | (310) 824-5555 |
| Fax #: | (310) 824-9696 |
| E-Mail Address: | jjuo@fulpat.com |

Statement to be completed by counsel only (select one):
    _x_    I am the principal attorney for this party in this case and will accept all service for the party. I agree to inform all other counsel for the party in this case of the matters served upon me.
    ___    I am not the principal attorney for this party in this case.

Date admitted to Federal Circuit bar (counsel only): __06/03/1998__

This is my first appearance before the U.S. Court of Appeals for the Federal Circuit (counsel only):
    ___ Yes    _x_ No

July 19, 2013
Date

/s/ James Juo
James Juo
Counsel for Petitioners
Foundations Worldwide, Inc., and Joseph A. Lawlor

## PROOF OF SERVICE

**STATE OF CALIFORNIA, COUNTY OF LOS ANGELES**

At the time of service, I was over 18 years of age and **not a party to this action.** I am employed by Fulwider Patton LLP in the County of Los Angeles, State of California.

On July 19, 2013, I served true copies of the following document(s) described as **Entry of Appearance for James Juo** on the interested parties in this action as follows:

> Marc E. Hankin
> Kevin Schraven
> Nima Darouian
> **HANKIN PATENT LAW, APC**
> **12400 Wilshire Boulevard, Suite 1265**
> **Los Angeles, CA 90025**
> **Telephone:(310) 979-3600**
> **Facsimile: (310) 979-3603**

**BY MAIL:** I enclosed the document(s) in a sealed envelope or package addressed to the persons at the addresses listed above.

Executed on July 19, 2013, at Los Angeles, California.

_Kathleen Gaines_
Kathleen Gaines

687232.1