NOTE: This order is nonprecedential.

# United States Court of Appeals for the Federal Circuit

**IN RE FOUNDATIONS WORLDWIDE, INC., AND JOSEPH A. LAWLOR,**
*Petitioners.*

Miscellaneous Docket No. 159

On Petition for Writ of Mandamus to the United States District Court for the Central District of California in No. 13-CV-1683, Judge R. Gary Klausner.

**ON PETITION**

**O R D E R**

Foundations Worldwide, Inc. and Joseph A. Lawlor submit a petition for a writ of mandamus, seeking to vacate the United States District Court for the Central District of California's June 18, 2013 order and direct the district court to dismiss the complaint, or alternatively to transfer the case to the United States District Court for the Northern District of Ohio.

Upon consideration thereof,

IT IS ORDERED THAT:

Oliver & Tate Enterprises, Inc. is directed to respond by August 8, 2013.

2                  IN RE FOUNDATIONS WORLDWIDE, INC.

                                    FOR THE COURT

                                    /s/ Daniel E. O'Toole
                                    Daniel E. O'Toole
                                    Clerk

s26